IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | | Criminal No. BEL-98-094 |
| v. | * | |
| | | |
| CARLOS MARMOLEJO | * | |
| Prisoner ID # 33110-037 | | |
| | * | |

\* \* \* \* \* \* \*

### ORDER

It having come to the attention of the Court that the above-named defendant has been released from custody of the Bureau of Prisons, the Order dated February 21st, 2008, appointing the Federal Public Defender for the District of Maryland is VACATED.

Dated this 29 day of February, 2008.

JAMES K. BREDAR
United States Magistrate Judge

cc: United States Attorney's Office
    Office of the Federal Public Defender
    United States Probation Services Office
    Defendant